◆ PS 8
(5/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 06 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs. Thomas, Cody Nathaniel    Docket No.    0980 2:13CR02092-040

## Petition for Action on Conditions of Pretrial Release

COMES NOW Carrie A Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Cody Nathaniel Thomas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the Twelfth day of September 2013, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of Federal, state or local law.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances, defined in 21 U.S.C § 802, unless prescribed by a license medical practitioner. Defendant may not possess or use marijuana, regardless of whether defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violations # 1, 2 & 3:** The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by failing to obey all laws, using a controlled substance not prescribed to the defendant by a medical provider and using marijuana on or about November 1, 2013.

PRAYING THAT THE COURT WILL ORDER A WARRANT

Respectfully submitted,

by    s/Carrie A. Valencia

Carrie A Valencia
U.S. Pretrial Services Officer

Sworn to before me, and subscribed

11/6/13
Date         at Yakima, Washington

_____
Signature of Judicial Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

11/6/13
Date