PROB 12C
(7/93)

Report Date: July 10, 2014

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 23 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cody Nathaniel Thomas            Case Number: 0980 2:13CR02092-040

Address of Offender: ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 5, 2014

| | | |
|---|---|---|
| Original Offense: | Theft of Gaming Establishment Less Than $1,000, 18 U.S.C. § 1167(a) | |
| Original Sentence: | Prison 75 days; TSR - 12 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 16, 2014 |
| Defense Attorney: | Terence M. Ryan | Date Supervision Expires: March 15, 2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Cody Nathaniel Thomas was arrested on July 8, 2014, for minor intoxicated in public and fourth degree assault, Yakima Count District Court, case number 4Z0681172.

On July 8, 2014, the Yakima County Sheriff's Office received a call in regard to a domestic assault. Contact was made with the defendant's father, who reported the defendant had come home drunk and had wrecked the car by hitting a dog. He related the defendant was out of control and indicated when he tried to calm him down, the defendant pushed him several times and then punched him on the side of the head. Upon contacting the defendant, officers observed his eyes were bloodshot, his speech was slurred, and he was emitting a strong odor of alcohol from his breath. When questioned about alcohol consumption, he reported he had been drinking for the past 5 days. The defendant then consented to a portable breath test, which registered a blood alcohol content level of .307. Based on the test results, he was transported to a local hospital where he was medically cleared, before being booked into the Yakima County Jail on the above-noted charges.

Prob12C
Re: Thomas, Cody Nathaniel
July 10, 2014
Page 2

        Mr. Thomas appeared in Court on July 9, 2014, and bail was set at $3,000. His next hearing is scheduled for July 17, 2014.

2        **Special Condition #16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: Cody Nathaniel Thomas consumed alcohol on July 8, 2014, as noted in violation number 1.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/10/2014

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*(signature)*
Signature of Judicial Officer

7/23/14
Date